# Exhibit C

**Help**

 **Sign In**

   **All Products** ▼

## WHOIS search results for:
## FLOWHOMEPRODUCTS.COM
(Registered)

| Is this your domain? | GO |
| --- | --- |
| Add hosting, email and more. | |

| Want to buy this domain? | GO |
| --- | --- |
| Get it with our Domain Buy service. | |

Domain Name: FLOWHOMEPRODUCTS.COM
Registry Domain ID: 1929946110_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-05-17T19:45:12Z
Creation Date: 2015-05-17T19:45:12Z
Registrar Registration Expiration Date: 2016-05-17T19:45:12Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: joey dero
Registrant Organization:
Registrant Street: 10 3rd lane
Registrant City: s. seaside park
Registrant State/Province: New Jersey
Registrant Postal Code: 08752
Registrant Country: US
Registrant Phone: +1.8487021693
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:

## Domain already taken?

 **NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search. Registering multiple domain names may help protect your online brand and enable you to capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration:**

| ✔ | Alternate domains | | |
| --- | --- | --- | --- |
| | flowhomeproducts.**net** | SAVE! | $9.99 |
| | flowhomeproducts.**info** | SAVE! | $0.99 |
| | flowhomeproduct.**com** | SAVE! | $11.99 |
| | flowhomeproducts.**org** | SAVE! | $4.99 |
| | flowhouseproducts.**com** | SAVE! | $11.99 |
| | flowhomeproducts.**co** | SAVE! | $9.99 |
| | flowhomeproducts.**nyc** | | $39.99 |
| | flowhomeproducts.**us** | SAVE! | $3.99 |

Registrant Email: javagold@horserun.com
Registry Admin ID:
Admin Name: joey dero
Admin Organization:
Admin Street: 10 3rd lane
Admin City: s. seaside park
Admin State/Province: New Jersey
Admin Postal Code: 08752
Admin Country: US
Admin Phone: +1.8487021693
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: javagold@horserun.com
Registry Tech ID:
Tech Name: joey dero
Tech Organization:
Tech Street: 10 3rd lane
Tech City: s. seaside park
Tech State/Province: New Jersey
Tech Postal Code: 08752
Tech Country: US
Tech Phone: +1.8487021693
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: javagold@horserun.com
Name Server: NS19.DOMAINCONTROL.COM
Name Server: NS20.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-02-12T18:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any

## Learn more about

Private Registration        ?        Deluxe Registration        ?

Business Registration       ?        Protected Registration      ?

*PLUS ICANN FEE OF $0.18 PER DOMAIN NAME YEAR.

**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

ADD TO CART

purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

Search for another domain name in the **WHOIS** database

SEARCH

NEED HELP? CALL 24/7 (480) 505-8877

**About GoDaddy**

**Support**

**Resources**

**Account**

**Shopping**

☐ **United States - English**☐ **USD**☐

Legal | Privacy Policy | Advertising Preferences |

Copyright © 1999 - 2016 GoDaddy Operating Company, LLC. All Rights Reserved.