# Exhibit L



Source: Wolf Home Products Instagram page