# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE WOLF ORGANIZATION, LLC ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-00695-JEJ |
| ) | |
| JOSEPH D. DEROGATIS. and ) | (JUDGE JONES) |
| JOSEPH D. DEROGATIS d/b/a ) | |
| floW HOME PRODUCTS, ) | DEMAND FOR JURY TRIAL |
|     Defendants ) | |

## PRAECIPE FOR ENTRY OF APPEARANCE

Please enter the appearance of Harvey Freedenberg as additional counsel for Plaintiff The Wolf Organization, LLC in the above-referenced matter.

                              McNEES WALLACE & NURICK LLC

                              By: /s/ Harvey Freedenberg
                                  Harvey Freedenberg
                                  Pa. I.D. No. 23152
                                  Donald B. Kaufman
                                  Pa. I.D. No. 49674
                                  Sarah Hyser-Staub
                                  Pa. I.D. No. 315989
                                  100 Pine Street, P.O. Box 1166
                                  Harrisburg, PA 17108-1166
                                  (717) 237-5267 (T)
                                  (717) 237-5300 (F)
                                  hfreedenberg@mcneeslaw.com

                              *Attorneys for Plaintiff*

Dated: May 3, 2016

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document is being served via first class mail, upon the following:

>Joseph D. DeRogatis
>4 Blackberry Lane
>Whitehouse Station, NJ 08889

>Joseph D. DeRogatis d/b/a floW Home Products
>4 Blackberry Lane
>Whitehouse Station, NJ 08889

/s/ Harvey Freedenberg
Harvey Freedenberg

Dated: May 3, 2016