## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE WOLF ORGANIZATION, LLC )<br>Plaintiff )<br>)<br>v. )<br>)<br>JOSEPH D. DEROGATIS. and )<br>JOSEPH D. DEROGATIS d/b/a )<br>floW HOME PRODUCTS, )<br>Defendants ) | Civil Action No. 1:16-cv-00695-JEJ<br><br>(JUDGE JONES)<br><br>DEMAND FOR JURY TRIAL |

### PROOFS OF SERVICE UPON DEFENDANTS

The undersigned hereby certifies that a copy of the Summons, Complaint, Motion for Preliminary Injunction, Brief in Support of Preliminary Injunction, and Plaintiff's Disclosure Statement were served upon Defendant Joseph D. DeRogatis and Defendant Joseph D. DeRogatis d/b/a floW Home Products. Defendants were served on April 28, 2016, as evidenced by the Affidavits of Service attached hereto.

McNEES WALLACE & NURICK LLC

By: /s/ Donald B. Kaufman
Harvey Freedenberg
Pa. I.D. No. 23152
Donald B. Kaufman
Pa. I.D. No. 49674
Sarah Hyser-Staub
Pa. I.D. No. 315989
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108-1166
(717) 232-8000 (T)
(717) 237-5300 (F)
dkaufman@mcneeslaw.com

*Attorneys for Plaintiff*

Dated: May 3, 2016

The Wolf Organization, LLC, et. al., Plaintiff(s)
vs.
Joseph D. Derogatis, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 140273-0001

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Joseph D. Derogatis
Court Case No. 16-CV-695-JEJ

McNEES, WALLACE & NURICK
Ms. Alicia Kogut
100 Pine St.
P.O. Box 1166
Harrisburg, PA 17108-1166

State of: **New Jersey** ) ss.
County of: **Somerset** )

Name of Server: **Lawrence VanSertima**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **28** day of **April**, 20**16**, at **2:14** o'clock **P** M

Place of Service: at **4 Blackberry Lane**, in Whitehouse Station, NJ 08889

Documents Served: the undersigned served the documents described as:
Summons; Complaint; Motion for Preliminary Injunction; Brief in Support of Preliminary Injunction; Plaintiff's Disclosure Statement

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Joseph D. Derogatis

Person Served, and Method of Service:
**X** By personally delivering them into the hands of the person to be served.

By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Joseph D. Derogatis at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair _____
Approx. Age **50**; Approx. Height **5'7"**; Approx. Weight **160**

**X** To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Lawrence VanBertman*
Signature of Server
**Lawrence VanSertima**
APS International, Ltd.

Subscribed and sworn to before me this **2** day of **May**, 20**16**

*Suzanne Weingartner*
Notary Public                (Commission Expires)
SUZANNE WEINGARTNER
NOTARY PUBLIC OF NJ
My Commission Expires...

The Wolf Organization, LLC, et. al., Plaintiff(s)
vs.
Joseph D. Derogatis, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 140273-0001

## AFFIDAVIT OF SERVICE — Individual

Service of Process on:
—Joseph D. Derogatis, d/b/a floW Home Products
Court Case No. 16-CV-695-JEJ

McNEES, WALLACE & NURICK
Ms. Alicia Kogut
100 Pine St.
P.O. Box 1166
Harrisburg, PA 17108-1166

State of: **New Jersey** ) ss.
County of: **Somerset** )

Name of Server: **Lawrence Van Sertima**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **28** day of **April**, 20 **16**, at **2:14** o'clock **P** M

Place of Service: at **4 Blackberry Lane**, in Whitehouse Station, NJ 08889

Documents Served: the undersigned served the documents described as:
Summons; Complaint; Motion for Preliminary Injunction; Brief in Support of Preliminary Injunction; Plaintiff's Disclosure Statement

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Joseph D. Derogatis, d/b/a floW Home Products

Person Served, and Method of Service:
[X] By personally delivering them into the hands of the person to be served.

By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Joseph D. Derogatis, d/b/a floW Home Products at the place of service, and whose relationship to the person is: **Owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Black**; Facial Hair _____
Approx. Age **50**; Approx. Height **5'7"**; Approx. Weight **160**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Lawrence Van Sertima*
Signature of Server
Lawrence Van Sertima
APS International, Ltd.

Subscribed and sworn to before me this **2** day of **May**, 20 **16**

*Suzanne Weingarten*
Notary Public         (Commission Expires)

SUZANNE WEINGARTEN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires...

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document is being served via first class mail, upon the following:

> Joseph D. DeRogatis
> 4 Blackberry Lane
> Whitehouse Station, NJ 08889
>
> Joseph D. DeRogatis d/b/a floW Home Products
> 4 Blackberry Lane
> Whitehouse Station, NJ 08889

/s/ Donald B. Kaufman
Donald B. Kaufman

*Attorneys for Plaintiff*

Dated:  May 3, 2016